**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR REHEARING

Appellate case name:   Joseph Walter Hickman  **V.**  The State of Texas

Appellate case number:   01-14-00039-CR

Trial court case number:  64265

Trial court:   412th Judicial District Court of Brazoria County

Date motion filed:   February 27, 2015

Party filing motion:   appellant, Joseph Walter Hickman

It is ordered that the motion for rehearing is **DENIED.**

Judge's signature: _ /s/ Evelyn V. Keyes_
                             Acting for the Court

Panel consists of: Justices Keyes, Higley, and Brown

Date: March 31, 2015